■ The People of the State of New York, Respondent, v Jerome Sweeper, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on September 20, 1984, unanimously affirmed. Motion by defendant for leave to file a pro se supplemental brief and for other relief denied. No opinion. Concur—Kupferman, J. P., Ross, Asch, Kassal and Wallach, JJ.

■ Nicholas G. Capous, Appellant, v Aetna Casualty and Surety Co. et al., Respondents, et al., Defendant.—Judgment, Supreme Court (Louis Grossman, J.), entered on October 31, 1985, unanimously affirmed for the reasons stated by Louis Grossman, J. Respondents shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Ross, Asch, Kassal and Wallach, JJ.